

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00455-CV

Paul A. **STRATHOPOLOUS**,
Appellant

v.

Julia **ARMSTRONG**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI10593
Honorable Rosie Alvarado, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER costs of the appeal assessed against Appellant, Paul A. Strathopolous.

SIGNED February 10, 2021.

_____
Patricia O. Alvarez, Justice